**\*\* E-filed March 27, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN L. SUSOTT,<br><br>      Plaintiff,<br>  v.<br><br>DANIEL SUSOTT,<br><br>      Defendant.<br>_____/ | No. C12-00581 HRL<br><br>**ORDER THAT CASES BE REASSIGNED TO A DISTRICT JUDGE** |
| IN RE THE MATTERS OF THE IRREVOCABLE LIFE INSURANCE TRUST OF JOHN L. SUSOTT AND KATHRYN C. SUSOTT UAD 8/17/1988 AS RESTATED, EXEMPT TRUST FBO DANIEL SUSOTT<br>_____/ | No. C12-00597 HRL |

      These civil cases were randomly assigned to this Court for all purposes including trial. On February 24, 2012, pursuant to this District's Civil Local Rule 73-1, this Court instructed all parties who had not done so to file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge, no later than March 26, 2012. Docket No. 8. Since Daniel Susott (who is represented by counsel) has not done so in either case, and parties seek dispositive relief that the court is unable to provide, this Court ORDERS the Clerk of the Court to reassign this case to a district court judge. All current dates and deadlines are VACATED.

1 **IT IS SO ORDERED.**

3 Dated: March 27, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-00581 HRL, C12-00597 HRL Notice will be electronically mailed to:**

Thomas Vogele        tvogele@giminovogele.com
James Stupar         stuparlaw@att.net
John Preston         johnpreston41647@gmail.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**United States District Court**
For the Northern District of California