IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. SUSOTT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANIEL SUSOTT,<br><br>　　　　Defendant.<br>_____/ | No. C 12-00581 SI |
| In re the Matters of the:<br><br>IRREVOCABLE LIFE INSURANCE TRUST OF JOHN L. SUSOTT AND KATHRYN C. SUSOTT UAD 8/17/1988 AS RESTATED, EXEMPT TRUST FBO DANIEL C. SUSOTT<br><br>IRREVOCABLE LIFE INSURANCE TRUST OF JOHN L. SUSOTT AND KATHRYN C. SUSOTT UAD 8/17/1988 AS RESTATED, NON-EXEMPT TRUST FBO DANIEL C. SUSOTT<br>_____/ | No. C 12-597 SI<br><br>**ORDER ON MOTION TO SHORTEN TIME AND MOTION TO TRANSFER CASES TO SAN JOSE DIVISION** |

　　　　Currently before the Court is the motion filed by Evan Auld-Susott, Petitioner in Case No. 12-597, for an order shortening time to hear a motion to transfer these related cases to the San Jose Division. Petitioner argues that under Civil Local Rule 3-2(e), these cases arise out of Monterey County and, therefore, should be assigned to the San Jose Division. The Court GRANTS the motion to hear the motion to transfer on shortened time [Docket No. 40], but DENIES the motion to transfer.

The Court notes that under normal operating procedures, these cases would have been assigned to the San Jose Division. However, because the San Jose Division has a vacant District Court Judge position, the Court has adopted temporary measures to reassign cases district-wide in order not to overburden the San Jose Division. Case No. 12-581 was reassigned to this Court under those temporary measures and Case No. 12-597, following the lower case number, was likewise reassigned to Judge Illston as a related case.

Given these circumstances, the Court will keep these cases and DENIES the motion to transfer. However, in order to lessen any burden on the parties and their counsel given the reassignment to San Francisco, the Court will allow any party to appear by phone for any hearing or conference at that party's election. If a party desires to appear by phone, that party shall notify Judge Illston's Courtroom deputy, Tracy Kasamoto, in advance of the hearing or conference.

**IT IS SO ORDERED.**

Dated: April 3, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE